

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2024

No. 04-24-00263-CV

George **CASTILLO**,
Appellant

v.

David Francisco **HIDALGO** and Jose Luis Hidalgo,
Appellees

From the 63rd Judicial District Court, Kinney County, Texas
Trial Court No. 6096
Honorable Roland Andrade, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

We ORDER appellees David Francisco Hidalgo and Jose Luis Hidalgo shall recover their costs incurred in this court from appellant George Castillo.

It is so **ORDERED** on July 3, 2024.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2024.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk